# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>Plaintiff,<br><br>v.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Defendants. | Court File No.  21-cv-01332<br><br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and all parties that Deborah A. Ellingboe of the law firm Faegre Drinker Biddle & Reath LLP shall appear as counsel of record for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation in the above-captioned matter.

| | |
|---|---|
| Dated: June 10, 2021 | s/ *Deborah A. Ellingboe* |
| | John W. Ursu |
| | Bar Number #032257 |
| | Deborah A. Ellingboe |
| | Bar Number #026216 |
| | Jeffrey P. Justman |
| | Bar Number #0390413 |
| | Erica Abshez Moran |
| | Bar Number #0400606 |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, Minnesota 55402-3901 |
| | T: 612-766-7000 |
| | F: 612-766-1600 |
| | John.Ursu@faegredrinker.com |
| | Debbie. Ellingboe@faegredrinker.com |
| | Jeff.Justman@faegredrinker.com |
| | Erica.Moran@faegredrinker.com |
| | |
| | *Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation* |