UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　Defendants. | Case No.: 0:21-cv-01332-PJS-DTS |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Christopher K. Larus shall appear as counsel of record on behalf of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited in this matter.

DATED:  July 9, 2021　　　　　　　　　*/s/ Christopher K. Larus*
　　　　　　　　　　　　　　　　　　Christopher K. Larus (#0226828)
　　　　　　　　　　　　　　　　　　clarus@robinskaplan.com
　　　　　　　　　　　　　　　　　　ROBIN KAPLAN LLP
　　　　　　　　　　　　　　　　　　800 LaSalle Ave., Ste. 2800
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　Telephone: (612) 349-8500
　　　　　　　　　　　　　　　　　　Facsimile: (612) 339-4181