UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL J. LINDELL,

    Plaintiff,

vs.

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,

    Defendants.

Case No.: 0:21-cv-01332- PJS-DTS

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that William E. Manske shall appear as counsel of record on behalf of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited in this matter.

DATED: July 9, 2021

    */s/ William E. Manske*
William E. Manske (#0392348)
wmanske@robinskaplan.com
ROBIN KAPLAN LLP
800 LaSalle Ave., Ste. 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181