# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Case Number:

MICHAEL J. LINDELL,

                    Plaintiff(s),      **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

v.

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,

                    Defendant(s).

Smartmatic USA Corp. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does [party name] have a parent corporation?

    Yes  X     No

    If yes, the parent corporation is:   Smartmatic International Holding B.V., a Netherlands business entity; and SGO Corporation Limited, a U.K. business entity.

2. Is 10% or more of the stock of [party name] owned by a publicly held corporation?

    Yes        No  X

    If yes, identify all such owners:

Date:  July 13, 2021

        *s/ Christopher K. Larus*
        Attorney Name:   Christopher K. Larus
        Bar ID # 0226828
        Law Firm:  Robins Kaplan LLP
        Address:   800 LaSalle Avenue, Suite 2800
                     Minneapolis, Minnesota  55402
        Phone # 612-349-8500
        Email:   clarus@robinskaplan.com
        Attorney for Smartmatic USA Corp.