# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MICHAEL J. LINDELL,

               Plaintiff(s),

v.

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,

               Defendant(s).

Case Number:

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Smartmatic International Holding B.V. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does [party name] have a parent corporation?

   Yes  X   No

   If yes, the parent corporation is:  SGO Corporation Limited, a U.K. business entity.

2. Is 10% or more of the stock of [party name] owned by a publicly held corporation?

   Yes   No  X

   If yes, identify all such owners:

Date:  July 13, 2021

*s/ Christopher K. Larus*
Attorney Name:  Christopher K. Larus
Bar ID # 0226828
Law Firm:  Robins Kaplan LLP
Address:   800 LaSalle Avenue, Suite 2800
           Minneapolis, Minnesota  55402
Phone # 612-349-8500
Email:   clarus@robinskaplan.com
Attorney for Smartmatic International Holding B.V.