

800 LASALLE AVENUE  612 349 8500 TEL
SUITE 2800  612 339 4181 FAX
MINNEAPOLIS, MN 55402  ROBINSKAPLAN.COM

WILLIAM E. MANSKE
612 349 8786 TEL
WMANSKE@ROBINSKAPLAN.COM

*Via ECF*

August 16, 2021

The Honorable Patrick J. Schiltz
United States District Court
300 South Fourth Street
Minneapolis, MN 55415
schiltz_chambers@mnd.uscourts.gov

    Re:    *Lindell v. US Dominion, Inc. et al.*, Case No. 0:21-cv-01332-PJS-DTS

Dear Judge Schiltz,

    Along with Benesch, Friedlander, Coplan & Aronoff, LLP, this law firm represents Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, (collectively, "Smartmatic") in the above-referenced matter. On July 7, 2021, the Court issued an order staying the case. *See Lindell v. Dominion*, *et al.*, No. 21-cv-1332-PJS-DTS (D. Minn.) (ECF No. 19). In staying the case, the Court ordered:

> 2. No later than seven days after a decision has been rendered on the pending motions in the D.C. action, Dominion must file a letter informing the Court of the decision and attaching a copy of the order disposing of the motions. The Court will then promptly schedule a status conference or schedule a hearing date on Dominion's anticipated motions and issue a briefing schedule.

*Lindell*, No. 21-cv-1332 (ECF No. 19 at 2).

    On July 14, 2021, the Court entered the Order Extending Time to Answer or Otherwise Plead for Smartmatic. *Lindell*, No. 21-cv-1332 (ECF No. 35). That Order states:

> [Smartmatic] shall have until *the later of* the following to answer or otherwise respond to Plaintiff's Complaint:
>
>     1. October 7, 2021; or

91795116.2

The Honorable Patrick J. Schiltz  　　　　　　　　*Via ECF*
August 16, 2021
Page 2

      2. a deadline set by the Court at the status conference or hearing date scheduled pursuant to Point 2 of the Court's Order dated July 7, 2021 (ECF No. 19 at 2).

*Id*. (emphasis in original).

    On August 12, 2021, counsel for Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and U.S. Dominion, Inc. ("Dominion") submitted a letter to the Court and stated that Dominion can be available for a status conference anytime on August 16 or afterwards. *Lindell*, No. 21-cv-1332 (ECF No. 37 at 1).

    Counsel for Smartmatic is unavailable for a status conference on August 16 and 17, 2021 due to a previously scheduled argument on the motions to dismiss pending in *Smartmatic USA Corp., et al. v. Fox Corporation, et al.*, NYS Supreme Court, New York County, Index No. 151136/2021, set for Tuesday, August 17, 2021. Smartmatic can be available to participate any time on Thursday, August 19 or afterwards.

                                           Very kind regards,

                                           ROBINS KAPLAN LLP

                                           William E. Manske

91795116.2