UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MICHAEL J. LINDELL,	Case No. 21-cv-01332 (PJS/DTS)

   Plaintiff,

 v.

US DOMINION, INC., DOMINION
VOTING SYSTEMS, INC., DOMINION
VOTING SYSTEMS CORPORATION,
SMARTMATIC USA CORP.,
SMARTMATIC INTERNATIONAL
HOLDING B.V., AND SGO
CORPORATION LIMITED,

   Defendants.

---

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure Rule, Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, state that there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

       Respectfully submitted,

Dated: August 19, 2021	**FAEGRE DRINKER BIDDLE & REATH LLP**

       *s/John W. Ursu*

2

John W. Ursu (#032257)
Deborah A. Ellingboe (#026216)
Jeffrey P. Justman (#0390413)
Erica Abshez Moran (#0400606)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
john.ursu@faegredrinker.com
debbie.ellingboe@faegredrinker.com
jeff.justman@faegredrinker.com
erica.moran@faegredrinker.com

*Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*

US.133973563.01