# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Michael J. Lindell, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Patrick J. Schiltz | |
| Plaintiff, | ) | U.S. District Judge | |
| | ) | | |
| v. | ) | Case No: | 21-CV-1332 (PJS/DTS) |
| | ) | Date: | August 20, 2021 |
| US Dominion, Inc., et al., | ) | Court Reporter: | Debra Beauvais |
| | ) | Courthouse: | Video Conference |
| Defendants. | ) | Courtroom: | Video Conference |
| | ) | Time Commenced: | 10:03 a.m. |
| | | Time Concluded: | 10:18 a.m. |
| | | Sealed Hearing Time: | |
| | | Time in Court: | Hours & 15 Minutes |

Hearing on: **Status Conference**

APPEARANCES:
    Plaintiff:    Douglas A. Daniels, Heath Novosad
    Defendants:    John Ursu, Laranda Walker, Stephen Shackelford, Jr., Christopher Larus, Martin Sinclair

PROCEEDINGS:
    ☒ Status conference held.

.

s/C. Glover<br>Courtroom Deputy